In the Matter of the Application of CELESTINE A. THOMSON, Respondent, to Compel the Accounting of LAWYERS TRUST COMPANY, as Successor Trustee under a Trust Created by CELESTINE A. BURCHELL. FRANK P. NOHOWEL, as Executor of CELESTINE A. GARDNER (Formerly CELESTINE A. BURCHELL), Deceased, et al., Appellants; JOSEPHINE M. BURCHELL et al., Respondents, et al., Defendants.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 925.]

LONG PARK, INC., Suing for Itself and All Other Stockholders of Trenton-New Brunswick Theatres Company, Similarly Situated, v. TRENTON-NEW BRUNSWICK THEATRES COMPANY et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 988.]

ALFRED ROBBINS ORGANIZATION, INC., v. SHAW-BARTON, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 991.]

ALFRED ROBBINS ORGANIZATION, INC., v. SHAW-BARTON, INC.— Motion denied and stay vacated with leave to defendant to answer within ten days after service of the order, with notice of entry thereof. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 991.]

JACOB RUBIN et al., Copartners Doing Business as MAX RUBIN & SONS, v. 8008 REALTY CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante*, p. 980.]

BETTY LANSKY, as Guardian ad Litem of MILTON LANSKY, an Infant, et al., v. ROBERT SEELEY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 918.]

PHILLIS H. ROSENTHAL v. EDWARD J. WEST et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 442.]

SAMUEL BRAUSE et al. v. ANTONIO PARISI et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 469.]

SOPHIE SZATMARY, Respondent, v. BRICK SUPPLY & CONTRACTING CO., INC., et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante*, p. 980.]

CHASE BAG CO. v. A. LUSTIG, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 919.]

STERLING NOVELTY CORPORATION v. FRANK & HIRSCH DISTRIBUTING CO. (PTY) LTD.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 983.]

In the Matter of FRED MOUAKAD, Individually and on Behalf of Other Tenants of Hotel Martinique, Inc., Similarly Situated, Respondent, against PAUL L. Ross et al., Constituting the Temporary City Housing Rent Commission, et al.,